UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-00363-F

| | |
|---|---|
| LINDA SATTERWHITE,<br>        Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, L.P.,<br>        Defendant. | ORDER |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 15th day of August, 2011.

JAMES C. FOX
Senior United States District Judge